AURELIO MARTIN SEPULVEDA
CDCR# J-76828/HU# B2-109L
IRONWOOD STATE PRISON
P.O. BOX 2199
BLYTHE, CA. 92226-2199

In Propria Persona

## ORIGINAL

FILED

2010 NOV -3  PM 3: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

---

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA, | CASE NUMBER |
| PRISONER/PLAINTIFF, | 5:10-cv-1705  (PJW) |
| v. | |
| JAMES LEE,MD.,et.al., | REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT |
| DEFENDANT(S). | |

I, __**AURELIO MARTIN SEPULVEDA**__, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes   ☒No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   _____

   _____

   b. State the place of your incarceration   **IRONWOOD STATE PRISON**
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?       ☐Yes   ☒No
   b. Rent payments, interest or dividends?                  ☐Yes   ☒No
   c. Pensions, annuities or life insurance payments?        ☐Yes   ☒No
   d. Gifts or inheritances?                                 ☐Yes   ☒No
   e. Any other income (other than listed above)?            ☒Yes   ☐No
   f. Loans?                                                 ☐Yes   ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each
   source during the past twelve (12) months: __**Institutional Pay Number for Job Assignment**__
   __**in Central Kitchen at a rate of .10¢ Hrly Wage(Average $10.00 Monthly.)**__
   =.15¢ Hrly

---

3. Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.) ☐ Yes  ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

   ————————————————⬭————————————————

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? __2007_____

   Approximately how much income did your last tax return reflect? __REFUND DENIED BY IRS-Credited only due to no $ Reported by Institutio__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   __N/A_____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__CALIFORNIA_____          __RIVERSIDE (Blythe,Ca.)_____
State                                                County (or City)

I, __AURELIO MARTIN SEPULVEDA__, declare under penalty of perjury that the foregoing is true and correct.

__9/29/10_____                    _Aurelio M. Sepulveda_ (Signature)
Date                                             Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ _0_ on account at the __Ironwood State Prison__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ _26.53_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _12.27_.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_10-7-10_
Date

_____
Authorized Officer of Institution (Signature)

Institution: ISP

CDCR

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| J76828 | SEPULVEDA, AURELIO | ISP | BFB200000000 | 00109L |

**Current Available Balance:**          $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 04/01/2010 | ISP | BEGINNING BALANCE | | | | $21.40 |
| 04/06/2010 | ISP | PAY - SUPPORT | TJK1 A YARD 3/10 | | $10.00 | $31.40 |
| 04/06/2010 | ISP | RESTITUTION FINE PAYMENT | | | ($5.00) | $26.40 |
| 04/06/2010 | ISP | ADMINISTRATIVE FEE | | | ($0.50) | $25.90 |
| 04/16/2010 | ISP | SALES | 52 | | ($1.84) | $24.06 |
| 05/05/2010 | ISP | PAY - SUPPORT | PF2 A APR 10 | | $9.90 | $33.96 |
| 05/05/2010 | ISP | RESTITUTION FINE PAYMENT | | | ($4.95) | $29.01 |
| 05/05/2010 | ISP | ADMINISTRATIVE FEE | | | ($0.49) | $28.52 |
| 05/10/2010 | ISP | MEDICAL COPAY | 876000 | | ($2.00) | $26.52 |
| 06/08/2010 | ISP | PAY - SUPPORT | FH3AYD5/10 | | $8.20 | $34.72 |
| 06/08/2010 | ISP | RESTITUTION FINE PAYMENT | | | ($4.10) | $30.62 |
| 06/08/2010 | ISP | ADMINISTRATIVE FEE | | | ($0.41) | $30.21 |
| 06/18/2010 | ISP | SALES | 53 | | ($1.95) | $28.26 |
| 07/08/2010 | ISP | PAY - SUPPORT | LR2 AYD JUNE2010 | | $13.65 | $41.91 |
| 07/08/2010 | ISP | RESTITUTION FINE PAYMENT | | | ($6.82) | $35.09 |
| 07/08/2010 | ISP | ADMINISTRATIVE FEE | | | ($0.68) | $34.41 |
| 07/08/2010 | ISP | SALES | 50 | | ($1.65) | $32.76 |
| 08/05/2010 | ISP | PAY - SUPPORT | LR7 AYD JULY2010 | | $15.23 | $47.99 |
| 08/05/2010 | ISP | RESTITUTION FINE PAYMENT | | | ($7.61) | $40.38 |
| 08/05/2010 | ISP | ADMINISTRATIVE FEE | | | ($0.76) | $39.62 |
| 08/05/2010 | ISP | PAY - SUPPORT | LR7 AYD JULY2010 | | $2.86 | $42.48 |
| 08/05/2010 | ISP | RESTITUTION FINE PAYMENT | | | ($1.43) | $41.05 |
| 08/05/2010 | ISP | ADMINISTRATIVE FEE | | | ($0.14) | $40.91 |
| 08/05/2010 | ISP | SALES | 44 | | ($2.75) | $38.16 |
| 09/02/2010 | ISP | REGULAR MAIL | TWO 09/02/10 | | ($2.24) | $35.92 |
| 09/02/2010 | ISP | REGULAR MAIL | TWO 09/02/10 | | ($1.05) | $34.87 |
| 09/07/2010 | ISP | PAY - SUPPORT | LR6 AYD AUG2010 | | $13.80 | $48.67 |
| 09/07/2010 | ISP | RESTITUTION FINE PAYMENT | | | ($6.90) | $41.77 |
| 09/07/2010 | ISP | ADMINISTRATIVE FEE | | | ($0.69) | $41.08 |
| 09/08/2010 | ISP | LEGAL COPY | US DIST COURT | | ($0.32) | $40.76 |
| 10/01/2010 | ISP | LEGAL COPY | US DIST CT - CENTRAL | | ($2.76) | $38.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. 10-7-10 ATTEST: Toni Mellum CALIFORNIA DEPARTMENT OF CORRECTIONS BY _____ TRUST OFFICE

5

**CDCR**
## Inmate Statement Report

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| Other Encumbrance | 01/04/2010 | $12.50 |
| Other Encumbrance | 01/19/2010 | $2.89 |
| Other Encumbrance | 02/08/2010 | $1.85 |
| Other Encumbrance | 03/08/2010 | $2.32 |
| Other Encumbrance | 04/06/2010 | $2.50 |
| Other Encumbrance | 05/05/2010 | $2.48 |
| Other Encumbrance | 06/08/2010 | $2.05 |
| Other Encumbrance | 07/08/2010 | $3.42 |
| Other Encumbrance | 08/05/2010 | $3.82 |
| Other Encumbrance | 08/05/2010 | $0.72 |
| Other Encumbrance | 09/07/2010 | $3.45 |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | CV-1143 AWI | $250.00 | $0.00 | $71.74 |
| SHIPPING CHARGES | 459761613934 | $4.54 | $0.00 | $1.71 |
| MEDICAL (HEALTH) SUPPLIES | GEL INSERT | $10.00 | $0.00 | $10.00 |
| REGULAR MAIL | 10-27-09 TAWO | $0.44 | $0.00 | $0.44 |
| REGULAR MAIL | TAWO 10-27-09 | $0.44 | $0.00 | $0.44 |
| REGULAR MAIL | 10-27-09 TAWO | $0.44 | $0.00 | $0.44 |
| REGULAR MAIL | 10-27-09 TAWO | $0.44 | $0.00 | $0.44 |
| REGULAR MAIL | 11-16-09 TAWO | $5.20 | $0.00 | $5.20 |
| REGULAR MAIL | 11-10-09 TAWO | $1.05 | $0.00 | $1.05 |
| ARTIFICIAL APPLIANCE | ORTHO BOOTS | $210.14 | $0.00 | $172.14 |
| REGULAR MAIL | TWO CDC-193 | $2.75 | $0.00 | $2.75 |
| REGULAR MAIL | TWO CDC-193 | $7.62 | $0.00 | $7.62 |
| REGULAR MAIL | TAWO 3-15-10 | $2.10 | $0.00 | $2.10 |
| REGULAR MAIL | TAWO | $0.61 | $0.00 | $0.61 |
| COPY CHARGES | TWO 9810 | $0.80 | $0.00 | $0.80 |
| LEGAL COPY | US DIST CT - CENTRAL | $24.80 | ($2.76) | $22.04 |

### Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| RESTITUTION FINE | ICR17854 | $5,000.00 | $0.00 | ($36.81) | $2,705.41 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.  10-7-10
ATTEST: Toni Kellum
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Toni Kellum
TRUST OFFICE

6

# CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy the prisoner's trust account statement showing transactions of;

**SEPULVEDA, AURELIO J76828**    for the last six months at

**IRONWOOD STATE PRISON**   where he is confined.

I further certify that the average deposits each month to this prisoner's trust account for the most recent 6-month period were $ 12.27 , and the average balance in the prisoner's trust account for the most recent 6-month period was $ 28.53.

Dated 10/07/10                    _____
                                   Authorized Officer of the Institution

ORIGINAL

**AURELIO MARTIN SEPULVEDA**
CDCR# J-76828/ HU# B2-109L
IRONWOOD STATE PRISON
P.O. BOX 2199
BLYTHE, CA. 92226-2199

**In Propria Persona**


**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
312 North Spring Street, Room G-8
Los Angeles, Ca. 90012
Attn: Clerk of the Court (Pro Se)

Dear Clerk:

    Enclosed you will find an Original Complaint pursuant to 42
U.S.C § 1983, and Exhibits A-H (1-47) for the Court's Review  or Sreening.
Although some of the incidents complained of initiated in Corcoran
State Prison while I was incarcered there, the claims are the same
and continued onto this current place of Incarceration at Ironwood
State Prison, in Blythe, Ca. Therefore, the Court has Jurisdiction and
Venue is proper in this Court. I am enclosing the two copies required
by the Court, and required Declaration & Application to proceed with-
out prepayment of Filing Fees. Please File this Complaint as soon as
you are able to and return the Case Number and Filing Date to me for
my Records. Thank You!

Dated: 9/29/10

                               Respectfully Submitted:

                               **AURELIO MARTIN SEPULVEDA**
                               Plaintiff In Pro Se

# ORIGINAL

**AURELIO MARTIN SEPULVEDA**
_____
FULL NAME
**IRONWOOD STATE PRISON**
_____
COMMITTED NAME (if different)
**P.O. BOX 2199**
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION
**BLYTHE, CA. 92226-2199**
_____

**J-76828**
_____
PRISON NUMBER (if applicable)

**In Propria Persona**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AURELIO MARTIN SEPULVEDA,** <br><br> PLAINTIFF, <br><br> v. <br><br> **JAMES LEE, MD., et.al.,** <br><br> DEFENDANT(S). | CASE NUMBER <br> 5:10-cv-1705 (PJW) <br> *To be supplied by the Clerk* <br><br> **CIVIL RIGHTS COMPLAINT** <br> **PURSUANT TO** *(Check one)* <br> ☒ 42 U.S.C. § 1983 <br> ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many?  **2**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)





a. Parties to this previous lawsuit:
   Plaintiff **AURELIO MARTIN SEPULVEDA**

   Defendants **UNITED STATES**

b. Court **UNITED STATES DISTRICT COURT-EASTERN DISTRICT OF CALIFORNIA**

c. Docket or case number **CV-F-03-6854-OWW-SMS**

d. Name of judge to whom case was assigned **OLIVER W. WANGER,U.S. DISTRICT JUDGE**

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **COURT ENTERED SUMMARY JUDGMENT FOR DEFENDANT**

f. Issues raised: **DENIAL OF REFUND CLAIM**

g. Approximate date of filing lawsuit: **DECEMBER 16,2003**

h. Approximate date of disposition **MARCH 01,2007**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **AURELIO MARTIN SEPULVEDA**
(print plaintiff's name)

who presently resides at **IRONWOOD STATE PRISON,P.O. BOX 2199,BLYTHE, CA. 92226-2199**
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

**IRONWOOD STATE PRISON(CURRENT ADDRESS);CORCORAN STATE PRISON(PREVIOUS ADDI**
(institution/city where violation occurred)

A. PREVIOUS LAWSUITS (CONT'D):

    a.(Plaintiff):  AURELIO MARTIN SEPULVEDA

     (Defendant(s)):  FOUAD SALAMA,MD.,et.al.

    b.(Court):  UNITED STATES DISTRICT COURT-EASTERN DISTRICT OF CA.

    c.(Case No.):  1:05-CV-01143-AWI-DLB (PC)

    d.(Name of Judge Assigned): ANTHONY W. ISHII,U.S. DISTRICT JUDGE

    e.(Disposition):  PENDING- DR.SHU-PIN WU,MD.(Defendant) Ordered
                               to be Served by U.S. Marshal Service

    f.(Issues Raised): 1st Amendment and 8th Amendment Violations

    g.(Approximate Date of Filing): SEPTEMBER 09,2005

    h.(Approximate Date of Disposition): Still Pending (N/A)

on (date or dates) __3/1/09,5/23/09,12/11/09__  __6/19/09,1/14/10,1/19/10_____.
   (Claim I)              (Claim II)              (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   **JAMES LEE,MD.**_____ resides or works at
               (full name of first defendant)
               **IRONWOOD STATE PRISON,19005 Wiley's Well Rd.,Blythe,Ca.92225**
               (full address of first defendant)
               **CHIEF MEDICAL OFFICER (A), PHYSICIAN**
               (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
      **In the course and scope of his employment.**

2. Defendant   **N. WILLIAMS,MD.**_____ resides or works at
               (full name of first defendant)
               **IRONWOOD STATE PRISON,19005 Wiley's Well Rd.,Blythe,Ca.92225**
               (full address of first defendant)
               **PRIMARY CARE PHYSICIAN**
               (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
      **In the course and scope of his employment.**

3. Defendant   **M. TOLENTINO, SRN II**_____ resides or works at
               (full name of first defendant)
               **IRONWOOD STATE PRISON,19005 Wiley's Well Rd.,Blythe,Ca.92225**
               (full address of first defendant)
               **SUPERVISING REGISTERED NURSE II**
               (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
      **In the course and scope of her employment.**

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                        Page 3 of 6

4.  Defendant    TENNEFOS,LVN _____ resides or works at
                (full name of first defendant)
                IRONWOOD STATE PRISON,19005 Wiley's well Rd.,Blythe,Ca.92225
                (full address of first defendant)
                LICENSED VOCATIONAL NURSE
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
     In the course and scope of her employment.

5.  Defendant    JOHNSON,LVN _____ resides or works at
                (full name of first defendant)
                CALIFORNIA STATE PRISON(CSP-COR),4001 KING AVE.,CORCORAN,CA. 93212
                (full address of first defendant)
                LICENSED VOCATIONAL NURSE
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
     In the course and scope of her employment.

6. Defendant   MORALES, LVN                         resides or works at
               (full name of defendant)

               CALIFORNIA STATE PRISON(CSP-COR),4001 KING AVE.,CORCORAN,CA.
               (full address of defendant)

               LICENSED VOCATIONAL NURSE
               ( defendant's position and title,if any)

     The defendant is sued in her individual and official capacity.

     Explain how this defendant was acting under color of law:

      In the course and scope of her employment.

_____

7. Defendant   J. OBAIZA,MD.                        resides or works at
               (full name of defendant)

               CALIFORNIA STATE PRISON(CSP-COR),4001 KING AVE.,CORCORAN,CA.
               (full address of defendant)

               HEALTHCARE MANAGER(A),PHYSICIAN
               (defendant's position and title,if any)

     The defendant is sued in his/her individual and official capacity.

     Explain how this defendant was acting under color of law:

          In the course and scope of his/her employment.=

          _____

8. Defendant   COMBS,RN                             resides or works at
               (full name of defendant)
               IRONWOOD STATE PRISON,19005 Wiley's Well Rd.,Blythe,Ca.92225
               (full address of defendant)
               REGISTERED NURSE
               (defendant's position and title,if any)

     The defendant is sued in his/her individual and official capacity.

     Explain how this defendant was acting under color of law:

          In the course and scope of his/her employment.

          _____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

**SEE ATTACHED COMPLAINT**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

**SEE ATTACHED COMPLAINT**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. Declaratory Judgment that Defendants actions,conduct,practices and policies described herein violate Plaintiff's Rights under the U.S. Constitution;

2. Injunctive Relief in form of proper medical testing and treatment;

3. Compensatory Damages according to proof;

4. Punative Damages according to proof;

5.Cost of Suit;

6. Any such further Relief as the Court deems proper.

DEMAND FOR JURY TRIAL:

Plaintiff, Aurelio Martin Sepulveda,hereby demands a Trial by Jury.

9/29/10
(Date)

_____
(Signature of Plaintiff)

ORIGINAL

1  AURELIO MARTIN SEPULVEDA
   CDCR# J-76828/HU# B2-109L
2  IRONWOOD STATE PRISON
   P.O. BOX 2199
3  BLYTHE, CA. 92226-2199

4  In Propria Persona

5

6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE CENTRAL DISTRICT OF CALIFORNIA

8

9  AURELIO MARTIN SEPULVEDA,              Case No._____

10              Plaintiff,              COMPLAINT UNDER CIVIL
                                        RIGHTS ACT,42 U.S.C.§1983;
11     v.                              FOR DECLARATORY AND
                                        INJUNCTIVE RELIEF,DAMAGES;
12 JAMES LEE,MD.,Chief Medical Officer(A); AND DEMAND FOR JURY TRIAL
   N. WILLIAMS,MD.,Staff Physicians at
13 Ironwood State Prison;M. TOLENTINO,SRNII,
   Supervising Registered Nurse II at
14 Ironwood State Prison;TENNEFOS,LVN,
   Licensed Vocational Nurse at Ironwood
15 State Prison;COMBS,RN,Registered Nurse
   at Ironwood State Prison;JOHNSON,LVN,
16 Licensed Vocational Nurse at California
   State Prison-Corcoran;MORALES,LVN,
17 Licensed Vocational Nurse at California
   State Prison-Corcoran;J. OBAIZA,MD.,Chief
18 Medical Officer(A) at California State
   Prison-Corcoran,and all named are sued
19 in both their Official and Individual
   Capacities,
20              Defendant(s).            /

21      This is a Civil Rights Action pursuant to 42 U.S.C.§1983,for

22 Declaratory and Injunctive Relief,Damages,and a Demand for a Jury

23 Trial for the Defendants' Deliberate Indifference to Plaintiff's

24 Serious Medical Needs in violation of both his First and Eighth

25 Amendment Rights guaranteed to him under the United States Constitution

26                        I.JURISDICTION

27      1.This Court has Jurisdiction over Plaintiff's Claims under 28

28 U.S.C.§ 1331 and 28 U.S.C.§ 1343.

                               1

2.The Events giving rise to the alleged Claims against Defend-
ants one through four in this Complaint arose in Riverside County,Ca.
Therefore,Venue is proper under 28 U.S.C.§ 1391(b)(2).

## II.PLAINTIFF

3.Plaintiff[Aurelio Martin Sepulveda],CDCR# J-76828,is and at
all times mentioned material herein,a Prisoner of the State of
California,in the Custody of the Department of Corrections and Re--
habilitation[hereinafter known as CDCR].

4.Plaintiff was previously confined at the California State
Prison-Corcoran[hereinafter known as CSP-1]in Corcoran,Ca. during
the period of October 25,2005 through July 20,2009.

5.Plaintiff was then Transfered to and is currently confined
at Ironwood State Prison[hereinafter known as ISP]in Blythe,Ca. as
of July 20,2009 through the present date.

6.Plaintiff at all times during his Incarceration,has relied
on the Medical Care Providers in the Department of Corrections and
Rehabilitation's Prisons to provide him with the necessary Medical
Care for his Serious Medical Needs.

## III.DEFENDANTS

7.Defendant James Lee,MD.,was and at all times mentioned
material herein and was employed as a Staff Physician by the CDCR
and was acting as the Chief Medical Officer(CMO) at ISP.

8.Defendant James Lee,MD.,is a properly trained and licensed
Medical Doctor who is and has been legally responsible-for the
Medical Care of all inmates at ISP,at all times mentioned.This in-
volved,but was not limited to the Supervision,Direction,and/or the
proper Training of the Medical Staff at ISP,in the delivery of
Healthcare Services and the Management of Healthcare Policies;in-

1 volvement in the determination of Medical care for inmates,including
2 but not limited to having authority to Order and approve Medical
3 test and/or treatments to be followed.

4      9.Defendant James Lee,MD.,at all time mentioned was acting under
5 Color of State Law,in the course and scope of his Employment,and is
6 sued in both his Official and Individual Capacities.

7      10.Defendant N. Williams,MD.,was and all times mentioned material
8 herein and was employed as a Staff Pysician by the CDCR,and was the
9 Primary Care Physician in A-Facility's Medical Clinic at ISP.

10      11.Defendant N. Williams,MD.,is a properly trained and licensed
11 Medical Doctor who is and has been legally resposible for the Medical
12 Care of all inmates at ISP,at all times mentioned.

13      12.Defendant N. Williams,MD.,at all times mentioned material
14 herein was acting under Color of State Law,in the course and scope
15 of his Employment,and is sued in both his Official and Individual
16 Capacities.

17      13.Defendant M. Tolentino,SRN II,is and at all times mentioned
18 material herein is and was employed by the CDCR as a Registered
19 Nurse and was acting in a Supervisory Role as Registered Nurse II,
20 at ISP.

21      14.Defendant M.Tolentino,SRN II,is a properly trained and
22 licensed Registered Nurse who is responsible not only for the Medi-
23 cal Care of all inmates at ISP,but her duties consist of Supervising,
24 monitering compliance with,and enfocement of the Policies and Pro-
25 cedures affecting the Medical Care of all inmates at ISP,by all
26 Nursing Staff,including all Licensed Vocatioanl Nurses employed at
27 ISP.,and investigating into the allegations of Misconduct submitted
28 by Inmates at ISP.

3

1    15.Defendant M. Tolentino,SRN II,at all times mentioned was act-
2  ing under Color of State Law,in the course and scope of her Employ-
3  ment,and is sued in both her Official and Individual capacities.

4    16.Defendant Tennefos,LVN,is and all times mentioned material
5  herein is and was employed by the CDCR as a Licensed Vocational Nurse
6  and was the attending LVN in A-Facility's Medical Clinic at ISP.

7    17.Defendant Tennefos,LVN's duties consisted of dispensing Medi-
8  cations and the administration of Insulin to Diabetics as Ordered by
9  Physicians at ISP.

10    18.Defendant Tennefos,LVN,is a properly trained and Licensed
11 Vocational Nurse,at all times mentioned was acting under Color of
12 State Law,in the course and scope of her Employment,and is sued in
13 both her Official and Individual Capacities.

14    19.Defendant Combs,RN,is and at all times mentioned material
15 herein is and was employed by the CDCR as a Registered Nurse and was
16 acting in a Supervisory Role as a Registered Nurse at ISP.

17    20.Defendant Combs,RN,is a properly trained and licensed Regis-
18 tered Nurse who is responsible legally for the Medical Care of all
19 inmates at ISP,at all times mentioned.

20    21.Defendant Combs,RN,at all times mentioned material  was acting
21 under Color of State Law,in the course and scope of his Employment,
22 and is sued in both his Official and Individual Capacities.

23    22.Plaintiff  informs the Court that the above mentioned Defend-
24 ants in ¶¶ 7 thru 21,are employed at ISP and those allegations set-
25 forth in the Complaint are in their respective time frames.The pro-
26 ceeding ¶¶ describe the Defendants employed at CSP-1.

27    23.Defendant Johnson,LVN,is and at all times mentioned material
28 herein is and was employed by the CDCR as a Licensed Vocational

4

1 Nurse,and was the attending LVN in C-Facility's Medical Clinic at CSP-1

2     24.Defendant Johnson,LVN's duties consisted of dispensing Medi-
3 cations and the administration of Insulin to Diabetics as Ordered by
4 Physicians at CSP-1.

5     25.Defendant Johnson,LVN,is a properly trained and licensed
6 Vocational Nurse,at all times mentioned was acting under Color of
7 State Law,in the course and scope of her employment,and is sued in
8 both her Official and Individual capacities.

9     26.Defendant Morales,LVN,is and was at all times mentioned
10 material herein is and was employed by the CDCR as a Licensed Vocation-
11 al Nurse,and was the attending LVN in C-Facility's Medical Clinic at
12 CSP-1,at all times relevant.

13     27.Defendant Morales,LVN's duties consisted of dispensing Medi-
14 cations and the administration of Insulin to Diabetics as Oredered
15 by Physicians at CSP-1.

16     28.Defendant Morales,LVN,is a properly trained and Licensed
17 Vocational Nurse,at all times mentioned was acting under Color of
18 State Law,in the course and scope of her Employment,and is sued in
19 both her Official and Individual Capacities.

20     29.Defendant J. Obaiza,MD.,is and at all times mentioned material
21 herein is and was employed by the CDCR as a Staff Physician and was
22 acting as the Chief Medical Officer (CMO) at CSP-1.

23     30.Defendant J. Obaiza,MD.,is a properly trained and licensed
24 Medical Doctor who is and has been legally responsible for the Medi-
25 cal Care of all inmates at CSP-1.This involved,but was not limited
26 to the Supervision,Direction,and/or the proper training of Medical
27 Staff at CSP-1,in the delivery of Healthcare Services and the Manage-
28 ment of Healthcare Policies;involvement in the determination of Medi-

5

1 cal Care for inmates,including but not limited to having authority to
2 Order and approve Medical Test and Treatments to be followed.

3      31.Defendant J. Obaiza,MD.,at all times mentioned was acting
4 under Color of State Law,in the course and scope of his Employment,
5 and is sued in both his Official and Individual capacities.

6      32.Plaintiff informs the Court that although the allegations --
7 Complained of regarding Defendants in ¶¶ 23 thru 31 occured at CSP-1,
8 and preceded those allegations Complained of regarding Defendants in
9 ¶¶ 7 thru 21,Plaintiff's Claim remained the same and only continued
10 on through to his current place of Incarceration at ISP.Therefore,--
11 Plaintiff will allege violations in their specific time frames.

12                          **STATEMENT OF FACTS**

13      33.Plaintiff suffers from Diabetes Mellitus-a chronic Disease of
14 Pancreatic Stiology,marked by Insulin Deficiency,subsequent inability
15 to utilize Carbohydrates,excess sugar in the Blood and Urine,imperfect
16 combustion of fats resulting in Acidosis,and without Insulin Inject-
17 ion,eventual Coma and Death.

18      34.In addition,Plaintiff suffers from Hyperglycemia-an abnormal-
19 ly high level of Glucose in the Blood.

20      35.For numerous Years,including but not limited to Plaintiff's
21 time of Incarceration at CSP-1 (2005-2009),Plaintiff has had a
22 Physician's Order only requiring Blood Sugar Checks(Fingersticks)on
23 a Voluntary Basis.

24      36.On February 17,2009,after a discussion with Dr.Yu,MD,C-Facili-
25 ty Physician regarding an adjustment of Plaintiff's Insulin Dosage
26 Regimen,an agreement was reached between both parties,that in ad-
27 dition to Blood Sugar Checks on a Voluntary Basis,Plaintiff would
28 fingerstick "Mon,Wed,Fri.(a.m.),Tue,Thur.(p.m.),excluding Sat.and

1  Sun.,for a Period of 15 days.In which time,Plaintiff would be seen
2  again on Doctor's Line to Review and possibly Revise the previous
3  Insulin Dosage Regimen.

4      37.On,Sunday,March 01,2009,Plaintiff arrived at the C-Facility
5  Medical Clinic for his Evening Dosage of Insulin.

6      38.Defendant Johnson,LVN,was attending all Diabetics and dis-
7  pensing their Insulin at the Diabetic Line Window,her post.

8      39.Plaintiff was directed by Defendant Johnson,LVN,to finger-
9  stick.

10      40.Plaintiff informed Defendant Johnson,LVN,that he had an Order
11  by Dr.Yu,MD.,excluding fingersticks on the Weekends.

12      41.Defendant Johnson,LVN,refused to dispense Plaintiff's Insulin.

13      42.Plaintiff requested his Insulin numerous times,and Defendant
14  Johnson,LVN,kept refusing to give it to him.

15      43.Plaintiff asked Defendant Johnson,LVN,"you are telling me,
16  that you are denying me my Life-sustaining Medication(Insulin),be-
17  cause I won't fingerstick?" she then stated,"Yes!."

18      44.Defendant Johnson,LVN,then told Plaintiff to sign a Refusal
19  Form.Plaintiff informed her,that"how can I refuse a fingerstick,if
20  there is no Order for it in the first place," she then stated,"Then
21  I'm not giving you any insulin!"

22      45.Defendant Johnson,LVN,then angrily gave Plaintiff a direct
23  Order to leave,Plaintiff complied.

24      46.Immediately after Dinner,Plaintiff returned to the C-Facility
25  Medical Clinic a Second time and repeatedly requested his Insulin.

26      47.Defendant Johnson,LVN,continued to deny Plaintiff his Insulin,
27  and again directed him to leave,Plaintiff again complied.

28      48.At approximately 7:50 p.m.,Plaintiff was called back to the

7

1  C-Facilty Medical Clinic and Defendant Johnson,LVN,informed Plaintiff
2  that she **now** had an Order for a Fingerstick daily.

3      49.Plaintiff informed Defendant Johnson,LVN,of it being over 2
4  hours atleast since eating Dinner and that it would be illogical to
5  believe that an accurate reading would be taken.

6      50.Defendant Johnson,LVN,then told Plaintiff to sign a Refusal
7  and that she would give him his Insulin.Plaintiff agreed,with one
8  condition-that he be allowed to explain in writing the reason for not
9  fingersticking.

10     51.Defendant Johnson,LVN,then noted that Plaintiff refused to
11 Fingerstick and falsy stated that Insulin was dispensed.

12     52.Plaintiff briefly stated his version of facts and signed the
13 Refusal Slip,under the false belief Defendant was going to dispense
14 his Insulin.

15     53.Defendant Johnson,LVN,then refused to give Plaintiff his
16 Insulin and stated,"since you refused to fingerstick,I'm not giving
17 you any Insulin."

18     54.Plaintiff again informed Defendant Johnson,LVN,that she could
19 not have a pre-existing Order changed per her request to justify her
20 denying Plaintiff his Insulin.

21     55.Defendant Johnson,LVN,then responded,"I don't care what the
22 old Order said,I now have a new Order for you to fingerstick."

23     56.Defendant Johnson,LVN,again gave Plaintiff a direct Order to
24 leave,Plaintiff complied.

25     57.On the Evening of March 01,2009,Plaintiff suffered Nausea
26 Symptoms,Vomited,experienced Headaches,heavy Breathing,Nervousness,
27 and uncontrollable Shakiness.

28     58.On the Morning of March,02,2009,Plaintiff contacted RN Douglas

1 and RN McGraw at the C-Facility Medical Clinic and informed them of
2 Defendant Johnson,LVN's denial of his Insulin the night before,and
3 complained of feeling sick.

4       59.Plaintiff was immediately taken to the RN's Room,and vitals
5 were taken.RN McGraw,then went to the Medication Administration
6 Record Insulin Log Book(MAR)and pulled out the Physician's Order(copy)
7 that was attached to it and Reviewed it.RN McGraw then Reviewed the
8 Order written out the Night before by the Emergency Room Physician.

9       60.RN mcGraw then spoke to Dr.Yu,MD.,in the other Room,and he
10 immediately Re-wrote and Re-implented the previous Order that consist-
11 ed of Blood Sugar Checks(Mon,Wed,Fri.(a.m.),Tue,Thur.(p.m.),excluding
12 Saturdays and Sundays,and all other times on a Voluntary Basis Only,
13 this time for a Period of 60 Days,superceding the previous Order
14 requested by Defendant Johnson,LVN the Night before.

15       61.Plaintiff contends,that he immediately submitted a CDCR 602-
16 HealthCare Appeal Form(Log#COR-09-09-11050) and since has fully
17 Exhausted his Administrative Remedies.**(Exhibit-A)**

18       62.Plaintiff notes,that RN Douglas and RN McGraw were never
19 interviewed by W. Doering,SRN II(the Interviewer) before concluding
20 her investigation at the Second Level of Review on Appeal Log# COR-
21 09-09-11050.

22       63.Defendant Johnson,LVN,was Ordered to recieve Training regards
23 to complying with MD Orders-per Second Level Response on above men-
24 tioned Appeal.

25       64.On Saturday,May 23,2009,Plaintiff arrived at the C-Facility
26 Medical Clinic to get his Morning dosage of Insulin.

27       65.Defendant Morales,LVN,then,as on many prior occasions forced
28 Plaintiff to sign a Refusal(against his will) for not fingersticking

9

1  and threatened Plaintiff with denying him his Insulin if he would
2  not sign a Refusal Form.

3      66.A copy of the Physician's Order and a Post Um Note(authored
4  by W. Doering,SRN II) was attached to the MAR Insulin Log Book,stating
5  that Fingersticks were not required on the Weekends.

6      67.Defendant Morales,LVN,ignored this Order,and instructed the
7  Plaintiff to,"just sign it!," and when Plaintiff informed her that
8  he already had Appealed this matter before and was told by W. Doering,
9  SRN II that it would not happen again.Defendant Morales,LVN,became
10 angry and stated,"I don't care write ten 602's!"

11     68.Plaintiff then asked Defendant Morales,LVN for his Two 600mg
12 of Gabapentin(Medication prescribed for Diabetic Neurapathy Pain),

13     69.Noteworthy,is the fact she was giving all Diabetics who also
14 take Medications other than Insulin at the Diabetic Line Window.

15     70.Defendant Morales,LVN,angrily stated,"now,go to the other
16 line!",and refused to give Plaintiff his Pills.

17     71.A line of atleast 30 People existed at the Second Pill Line
18 Window,and as Plaintiff waited,Last Call was announced and- Plaintiff
19 was forced to leave and go eat Breakfast in order for his Blood Sugar
20 Level not to drop after his dosage was already given to him.

21     72.Upon release from the Chow Hall,Pill Line was terminated.

22     73.Plaintiff was forced to skip his A.M. Dosage of Gabapentin,
23 because Defendant Morales refused to dispense them,and plaintiff
24 suffered Pain symptoms all Day,until he recievfed his P.M. Dosage.

25     74.Plaintiff submitted a CDCR 602-HealthCare Appeal Form (Log#
26 COR-09-09-12353) and since has fully Exhausted his Administrative
27 Remedies.**(Exhibit-B)**

28 ///

10

75.On October 26,2009,Plaintiff authored two seperate Inquiry Letters,addressed to the Health Care Appeals Office at CSP-1.

76.These Letters seperately addressed the issue of Plaintiff -- never recieving any Second Level Responses regarding Appeals Log#'s COR-09-09-11050(Due 6-17-09) and COR-09-09-12353(Due 8-3-09).**(Exhibit-C)**

77.On January 31,2010,Plaintiff authored and addressed a Letter to the CDCR-Prison Health Care Services,Controlled Correspondence Unit concerning CSP-1 and the lack of recieving a Second Level Respons regarding Appeal Log# COR-09-09-11050.Plaintiff recieved a Response Letter to this complaint on April 19,2010.**(Exhibit-D)**

78.Simultanously,Plaintiff submitted a CDCR 602-Appeal (Log# COR-09-10-13041)regarding the denial of Access to the Courts by intentionally denying Plaintiff his Right to utilize the Appeal Process and Exhaust his issue regarding Appeal Log# COR-09-09-11050. **(Exhibit-E)**

79.As demonstrated in Exhibit-A,Defendant J. Obaiza,MD.,claims to have returned Appeal Log # COR-09-09-11050 to Plaintiff on June 19,2009.

80.As of January 31,2010,(7) Months had elapsed without Plaintiff recieving a Second Level Response from Defendant j. Obaiza,MD.

81.Plaintiff did not hear any Response to this above-mentioned Appeal(Log# COR-09-10-13041)until June 08,2010 when Defendant J. Obaiza,MD.,returned it to Plaintiff on May 28,2010,fully Granted at the First Level of Review.(attached was copy of Appeal Log#COR-09-09-11050).

82.Plaintiff recieved the Original Appeal on July 23,2010.This, approximately (13) Months after its due date.

11

1   83.On July 20,2010,Plaintiff was transferred to Ironwood State
2  Prison at Blythe,Ca.

3   84.Plaintiff's Blood Sugar Check Regimen for a Period of (4)
4  Months consisted of Fingerchecks (Mon & Fridays(p.m.),and Weds.(a.m.)
5  only,with all other Fingersticks on a Voluntary Basis.

6   85.On December 01,2009,Plaintiff was informed by 3rd Watch Medi-
7  cal Staff on A-Facility that per request by LVN Johnson(I.S.P.,no
8  relation to LVN Johnson at CSP-1)the Doctor had changed Plaintiff's
9  Regimen to Fingerstick Twice Daily before every Insulin Shot.

10   86.Plaintiff submitted a Health Care Services Request Form(#
11  070078) immediately complaining of never being seen by the Doctor,be-
12  fore changing his Blood Sugar Check Regimen.(Exhibit-F)

13   87.Plaintiff was subsequently seen days after this request by
14  Defendant N. Williams,MD.,after a discussion with Plaintiff in regard
15  to his prior Regimen allowing Plaintiff to only fingerstick on a
16  Voluntary Basis.--

17   88.Defendant N. Williams,MD,agreed with Plaintiff as to it actual
18  necessity,and revised the Regimen to require Fingersticks only on
19  (Mon. & Fri.(p.m.),and Wed.(a.m.),including on a Voluntary Basis.

20   89.On Friday,December 11,2009,Plaintiff arrived at the A-Facility
21  Medical Clinic to take his Morning dosage of Insulin.

22   90.Defendant Tennefos,LVN, was the attending Nurse at the disig-
23  nated Post assigned to administer Insulin to all Diabetics at the
24  Diabetic-Line-Window.

25   91.Defendant Tennefos,LVN,asked Plaintiff to Fingerstick,and at
26  that time,LVN Cox informed Defendant Tennefos,LVN of the pre-existing
27  Physician's Order not requiring Plaintiff to Fingerstick that Morning
28  until his P.M. Dosage.

1      92.Defendant Tennefos,LVN,then flatly Refused to give Plaintiff

2   his Insulin,angrily stating,"I am not going to give you your Insulin,

3   if you don't fingerstick,I am not going to lose my License!"

4      93.Plaintiff informed Defendant Tennefos,LVN,that her statement

5   was an exergeration,and that she could not deny me my-Insulin.

6      94.Defendant Tennefos,LVN,then walked away from her Post and

7   sat on the Desk,refusing to give Plaintiff his Insulin.

8      95.At that time,LVN Cox,upon hearing Defendant Tennefos,LVN

9   refusing to give Plaintiff his Insulin walked away from her assigned

10  Post at the Regular Pill Line Window and dispensed Plaintiff's Insulin

11     96.Plaintiff asked Defendant Tennefos for her name and she

12  refused to give it to Plaintiff,then when Plaintiff asked LVN Cox

13  for her name,she also refused to give Plaintiff Defendant Tennefos,

14  LVN's name.

15     97.Defendant Tennefos,LVN,never gave Plaintiff his Insulin as

16  her Post required,and instead sat there angrily making remarks to-

17  wards Plaintiff.

18     98.Defendant Tennefos,LVN,refused to follow the Physician's

19  Order and instead made her own unqualified Decision,ignoring anything

20  that both Plaintiff and LVN Cox told her.

21     99.Plaintiff submitted a CDCR 602-Health Care Appeal Form(Log#

22  ISP-28-09-11106) and since has fully Exhausted his Administrative

23  Remedies.**(Exhibit-G)**

24     100.On Thursday,January 14,2010,Plaintiff was summoned to the

25  A-Facility Medical Clinic for an Interview regarding Appeal Log# ISP-

26  28-09-11106,with both Defendant N. Williams,MD.,and Defendant Tolentino

27  ,SRN II.

28     101.During this Interview,Defendant N. Williams,MD.,informed

1 Plaintiff that he was directed by Defendant James Lee,MD, to change
2 the pre-existing Order for Fingersticks from (3)times a Week,and on
3 a Voluntary Basis,to Twice Daily before every Insulin Shot.

4    102.Plaintiff asked Defendant N. Williams,MD, and Defendant
5 Tolentino,SRN II,why was the previous Order to Fingerstick was
6 adequate until Plaintiff filed an Appeal against Defendant Tennefos,
7 LVN?

8    103.Defendant N. Williams,MD.,then stated,"I'm only doing as I
9 am told to do,' and'" just because I am Ordering you to fingerstick
10 every day,doesn't mean I'm Ordering them to deny your Insulin.'"

11    104.Plaintiff attempted to address the issue that was Defendant
12 Tennefos,LVN's denial of his Insulin on December 11,2009,and not his
13 pre-existing Order for Blood Sugar Checks.

14    105.At that time,Defendant Tolentino,SRN II (Reviewer) stated,"
15 a consensus was reached between all the LVNs and Dr.Lee,to deny you
16 your insulin if you don't fingerstick."

17    106.Plaintiff contested this Decision,stating to both Defendant
18 N. Williams,MD.,and Defendant Tolentino,SRN II,that he had a Right
19 to Appeal the Denial of his Insulin by Defendant Tennefos,LVN,and
20 that they were violating his Rights by Retaliating and stripping him
21 of his Right to Refuse by threatning to deny him his Insulin as
22 punishment for exercising his Right to utilize the Appeal Process.

23    107.At that time,Plaintiff also asked Defendant Tolentino,SRNII,
24 for her name,and she angrily stated,"and I have a Right not to give
25 you her name!" (this coming after asking for Defendant tennefos,LVN's
26 name that was unknown at the time Appeal was filed)

27    108.Defendant Tolentino,SRN II,then refused to continue the
28 Interview,and gave Plaintiff a direct Order to leave,Plaintiff complie

14

109. On Tuesday,(Evening),January 19,2010,Defendant Combs,RN, called Plaintiff to the A-Facility Medical Clinic and as soon as he arrived,angrily threatened Plaintiff stating,"per Dr. Lee's Order you are not to recieve your Insulin if you refuse to fingerstick,' and this is going to stop!'"

110. Defendant Combs,RN,then stood next to Plaintiff and told Plaintiff to fingerstick,or that he was not going to give Plaintiff his Insulin.

111. Plaintiff was forced to Fingerstick against his will,or face a denial of his Insulin.

112. On Wednesday(Morning),January 20,2010,Plaintiff was again told by LVN Johnson(I.S.P.)that if he refused to fingerstick,she could now deny him his Insulin,because it was Per Dr.Lee's Order.

113. Plaintiff informed LVN Johnson(I.S.P.) that he had a Right to Refuse per 15 CCR 3351.She then replied that she would not give Plaintiff his Insulin unless he fingersticks first.

114. Plaintiff contends,that Defendant James Lee,MD.,directed others below him (Medical Staff) to deny Plaintiff any Life-sustaining Medication(Insulin),only after Plaintiff filed a Complaint against Defendant Tennefos,LVN,for denying him his Insulin.

115. On February 05,2010,Defendant James Lee,MD.,called Plaintiff to the A-Facility Medical Clinic for an Interview regarding his Appeal Log # ISP-28-10-10133.**(Exhibit-H)**

116. Defendant James Lee,MD.,refused to respond to the allegations of Retaliation made by Plaintiff.

117. Defendant James Lee,MD.,deviated from the issue and only stated,"you have to fingerstick or you will not be given your Insulin.'

118. Defendant James Lee,MD.,purposesly acted to interfere with

15