1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   AURELIO MARTIN SEPULVEDA,          )  CASE NO. CV 10-1705-CAS (PJW)
                                        )
11                   Plaintiff,         )
                                        )  ORDER ACCEPTING REPORT AND
12          v.                          )  ADOPTING FINDINGS, CONCLUSIONS,
                                        )  AND RECOMMENDATIONS OF UNITED
13   DR. JAMES LEE, et al.,             )  STATES MAGISTRATE JUDGE
                                        )
14                   Defendants.        )
                                        )
15   ───────────────────────────────────)

16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to

17  dismiss, the records on file herein, and the Final Report and

18  Recommendation of the United States Magistrate Judge.  Further, the

19  Court has engaged in a de novo review of those portions of the Report

20  and Recommendation to which objections have been made.  The Court

21  accepts the findings and recommendations of the Magistrate Judge and

22  adopts them as its own findings and conclusions.

23       IT IS THEREFORE ORDERED that Defendants' motion for summary

24  judgment be granted and the case is dismissed with prejudice.

25       DATED:    February 14, 2014.

26                                      _____
                                        
27                                      CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE
28
    C:\Temp\notesE1EF34\LA10CV01705CAS-O 2-19-14.wpd