UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. JAMES LEE, et al.,<br><br>          Defendants. | Case No. CV 10-1705-CAS (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    JUDGMENT IS HEREBY entered in favor of Defendants and against Plaintiff and the action is dismissed with prejudice.

    DATED:     <u>February 19, 2014</u>.

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~5493877.wpd